# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBBI DARYL BARNETT,**

    **Plaintiff,**

**V.**                                                Case No: 6:11-cv-829-Orl-22SPC

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Complaint for review of the Final Decision of the Commissioner of Social Security denying the Plaintiff's claim for Disability Insurance benefits and Supplemental Security Income payments (Doc. No. 1).

The United States Magistrate Judge has submitted a report recommending that the decision be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 13, 2012 (Doc. No. 23), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Final Decision of the Commissioner of Social Security denying the Plaintiff's claim for Disability Insurance benefits and Supplemental Security Income payments is hereby AFFIRMED. The Clerk is directed to enter Judgment accordingly, and close the file.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties